IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION NOS. |
| DIAZ, et al. | : | 02-04492 |
| PARKLLAN, et al. |  | 02-04529 |
| CLARK | : | 02-04534 |
| SHUSTER |  | 02-04583 |
| ASHWORTH, et al. | : | 02-04783 |
| BARR |  | 02-04793 |
| ASGILL | : | 02-04803 |
| BONNEVILLE, et al. |  | 02-04843 |
|  | : |  |
| vs. | : |  |
| BAYER CORPORATION, et al. | : |  |

**ORDER**

      **AND NOW,** this      day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

    []    -    Order staying these proceedings pending disposition of a related action.

    []    -    Order staying these proceedings pending determination of arbitration proceedings.

    []    -    Interlocutory appeal filed

    [X]    -    Other: <u>Case is placed into suspension pending receipt of the Case Transfer Order from The Judicial Panel on Multi District Litigation transferring case to District of Minnesota.</u>

it is
      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

      **BY THE COURT:**

      _____
      **Cynthia M. Rufe , Judge**